UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **FELIX AND KRISTINE PAULINO,** | Case No.: 2:19-cv-00950-RSL |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | |
| **CARLSON AND MCMAHON, PLLC AND CFH INVESTMENTS, LLC,** | |
| Defendants. | |

Upon stipulation of the parties, this matter is hereby dismissed with prejudice, with each side to bear their own costs and attorney fees.

Dated this 11th day of May, 2020.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL
Case No. 2:19-cv-00950-RSL

1